

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JEAN SLACK LOCKHART, in her capacities as Trustee of the Lockhart Family Bypass Trust and Independent Executor of the Estate of Warren L. Lockhart, | § | No. 08-19-00153-CV |
| | § | Appeal from the |
| | § | 118th District Court |
| Appellant, | | |
| | § | of Howard County, Texas |
| v. | | |
| | § | (TC# 52663) |
| CHISOS MINERALS, LLC; SANTA ELENA MINERALS IV, LP; PONDEROSA ROYALTY, LLC; BLAKE J. ROBBINS; NAVIGATOR OIL & MINERALS, INC.; MICHAEL J. DANIEL; HOLTEN G. CAMPBELL; AUSTEN S. CAMPBELL; OSADO PROPERTIES, LTD.; SHEPARD R. SITES; CASEY G. RIGGAN; LEVEE MINERALS, LLC; COMPADRE ROYALTY, LLC; JEFE INTERESTS, LLC; AND MB MINERALS, LP, | § § § § § § § § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF MARCH, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.